FILED

05/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0551

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

STEPHEN ROSS BENNETT,

> Defendant and Appellant.

## ORDER

Stephen Ross Bennett has filed a motion for a 3-day extension of time to file a petition for rehearing. Good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until May 24, 2024, to prepare, file, and serve the petition for rehearing.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 21 2024